No. 83–1873.  PACEMAKER DIAGNOSTIC CLINIC OF AMERICA, INC. v. INSTROMEDIX, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–1876.  TURNER ADVERTISING CO. v. GARCIA, AKA REES, ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 83–1877.  IDAHO ET AL. v. COEUR D'ALENE TRIBE OF INDIANS.  C. A. 9th Cir.  Certiorari denied.

No. 83–1882.  HANNAHVILLE INDIAN COMMUNITY ET AL. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 83–1884.  MCCONNEY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 83–1885.  STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. v. SCHULTE.  C. A. 5th Cir.  Certiorari denied.

No. 83–1886.  NEWMAN v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 83–1887.  STRATFORD PLACE CORP. ET AL. v. CAPALINO, COMMISSIONER OF GENERAL SERVICES OF THE CITY OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–1888.  CHANNEL ISLANDS DEVELOPMENT CORP., DBA THE LOBSTER TRAP ET AL. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 83–1889.  WILLIAMS v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 83–1895.  MARINELLI v. UNITED STATES; and
No. 83–1998.  MARINELLI v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.  Reported below: 732 F. 2d 148.

No. 83–1898.  SEA-LAND SERVICE, INC. v. DOLE, SECRETARY OF TRANSPORTATION, ET AL.  C. A. D. C. Cir.  Certiorari denied.